IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COMMUNITY REGIONAL MEDICAL CENTER, | ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:08-cv-01347 AWI GSA<br><br>ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR FCHMC'S MOTION TO REMAND (Document 11) |
| Plaintiff, | | |
| vs. | | |
| CARPENTERS UNION, LOCAL 701; AND DOES 1-100, inclusive, | | |
| Defendants. | | |

The court has read and considered the *Ex Parte* Application for an Order Shortening Time to Hear FCHMC's Motion to Remand, which was filed by Plaintiff Fresno Community Hospital and Medical Center ("FCHMC") (named in the caption as Community Regional Medical Center) on September 24, 2008. The court also has read and considered the Opposition to Ex-Parte Motion Shortening Time, which was filed by Defendant Carpenters Local 701 on September 25, 2008.

Based on the papers on file, the court hereby GRANTS the *ex parte* application shortening time. A hearing on the Motion for Remand shall be held on October 10, 2008, at 9:30 a.m. in Courtroom 10 (GSA) before the undersigned.

//

//

1

1 |     Defendant shall file an opposition, if any, to the Motion for Remand on or before October 3,
2 | 2008.  Plaintiff shall file any reply to the opposition on or before October 8, 2008.
3 |     IT IS SO ORDERED.
4 | **Dated:**   **September 26, 2008**            **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE