IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY REGIONAL MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARPENTERS UNION, LOCAL 701; AND DOES 1-100, inclusive,<br><br>　　　　Defendants. | 1:08-cv-01347 AWI GSA<br><br>ORDER VACATING HEARING OF OCTOBER 10, 2008, AND TAKING MATTER UNDER SUBMISSION |

　　　　Currently pending before this Court is Plaintiff's Motion to Remand. This motion is set for hearing on October 10, 2008, at 9:30 a.m. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

　　　　Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of October 10, 2008, is VACATED, and the parties shall not appear at that time; as of October 10, 2008, the Court will take Plaintiff's motion to remand under submission and will thereafter issue its decision.

　　IT IS SO ORDERED.

　　Dated:　**October 9, 2008**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1