**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMMUNITY REGIONAL MEDICAL CENTER, <br><br> Plaintiff, <br><br> v. <br><br> CARPENTERS UNION, LOCAL 701; and DOES 1 through 100, inclusive, <br><br> Defendant. | NO 1: 08-CV-01347-AWI-GSA <br><br> ORDER GRANTING FCHMC'S EX PARTE APPLICATION <br><br> [Document # 29] |

Before this court is Plaintiff Fresno Community Hospital and Medical Center ("FCHMC")'s (named in the caption as Community Regional Medical Center) *Ex Parte* Application for an Order Shortening Time for the parties to file written objections to Magistrate Judge Austin's findings and recommendations regarding plaintiff's motion to remand. The court, having read and considered the papers, grants the application in part. Accordingly,

IT IS HEREBY ORDERED BY THE COURT that the parties shall file and serve written objections, if any, to Magistrate Judge Austin's findings and recommendations regarding plaintiff's motion to remand on or before 4:00 p.m. on November 10, 2008. Any reply may be filed by 12:00 noon on November 12, 2008.

IT IS SO ORDERED.

Dated:   November 4, 2008            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE