# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COMMUNITY REGIONAL MEDICAL CENTER, | ) | 1:08-cv-01347 AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ) | ORDER REMANDING ACTION |
| CARPENTERS UNION, LOCAL 701; AND DOES 1-100, inclusive, | ) | (Documents #6 & #27) |
| Defendants. | ) | |

On October 30, 2008, the Magistrate Judge issued Findings and Recommendations that (1) Plaintiff's motion for remand be granted; and (2) Plaintiff's request for an award of costs and attorney fees be DENIED.  These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) court days of the date of service of the order.

On November 5, 2008, the Court granted Plaintiff's *Ex Parte* Application for an Order Shortening Time for the parties to file written objections to the Findings and Recommendations. The parties were ordered to file and serve any objections on or before 4:00 p.m. on November 10, 2008.  No objections were filed.

///

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued October 30, 2008, are ADOPTED IN FULL;
2. Plaintiff's Motion to Remand is GRANTED;
3. Plaintiff's request for an award of costs and attorney fees is DENIED;
4. This action is REMANDED to the Superior Court of the State of California, County of Fresno; and
5. The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   November 18, 2008**            /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE